# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DAPHNNE L BRAGGS                              §
                                                       §   Case No.: 08-14335
                                                       §
                                                       §
                                                       §
         Debtor(s)                                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 06/04/2008.

2)  This case was confirmed on 08/20/2008.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/22/2010.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was converted on 10/19/2010.

6)  Number of months from filing to the last payment:  25

7)  Number of months case was pending:  29

8)  Total value of assets abandoned by court order:  NA

9)  Total value of assets exempted: $    62,950.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 10,811.50 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 10,811.50 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,119.89 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 768.52 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,888.41 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED | 10,000.00 | 14,048.30 | 12,000.00 | 6,077.17 | 1,038.16 |
| ACC CONSUMER FINANCE | UNSECURED | 2,000.00 | .00 | 2,048.30 | .00 | .00 |
| ACC CONSUMER FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| ACC CONSUMER FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| ALLSTATE CHECK CASHI | UNSECURED | NA | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | NA | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 314.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 487.00 | 490.11 | 490.11 | .00 | .00 |
| BUD S AMBULANCE SVC | UNSECURED | 888.00 | NA | NA | .00 | .00 |
| BURDYKE INVESTMENTS | UNSECURED | 3,521.00 | NA | NA | .00 | .00 |
| BURDYKE MANAGEMENT | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| CORTRUST BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NA | 16,965.19 | 16,965.19 | .00 | .00 |
| CHASE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK PLUS SYSTEM | UNSECURED | NA | NA | NA | .00 | .00 |
| CITIBANK NA | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | UNSECURED | 371.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 712.00 | 780.40 | 780.40 | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 632.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 632.00 | NA | NA | .00 | .00 |
| CONSCRDTSVCS | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CORTRUST | UNSECURED | NA | NA | NA | .00 | .00 |
| ETI FIN CORP | UNSECURED | 260.00 | 257.22 | 257.22 | .00 | .00 |
| CONFIN FIRST BANK OF | UNSECURED | 632.00 | 632.41 | 632.41 | .00 | .00 |
| CREDIT SOLUTION CORP | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 373.00 | 373.00 | 373.00 | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 368.00 | 368.17 | 368.17 | .00 | .00 |
| PREMIER BANKCARD | OTHER | NA | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 943.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,179.00 | 253.12 | 253.12 | .00 | .00 |
| HOUSEHOLD AFCA VISA | UNSECURED | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,080.00 | 1,073.80 | 1,073.80 | .00 | .00 |
| ILLIANA FINANCIAL CR | UNSECURED | 950.00 | 924.72 | 924.72 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,117.00 | 1,117.53 | 1,117.53 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 525.00 | 525.79 | 525.79 | .00 | .00 |
| IMAGINE | OTHER | NA | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 352.00 | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | OTHER | NA | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| JEWEL FOOD | UNSECURED | NA | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 420.00 | 420.04 | 420.04 | .00 | .00 |
| MIDNIGHT VELVET | OTHER | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 444.00 | 366.13 | 366.13 | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | 402.00 | 402.09 | 402.09 | .00 | .00 |
| PLAINES COMMERCE BAN | OTHER | NA | NA | NA | .00 | .00 |
| RWDS660 DSB | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 678.00 | 678.45 | 678.45 | .00 | .00 |
| SONIC CARE CENTERS | UNSECURED | 600.50 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 1,017.00 | NA | NA | .00 | .00 |
| SPRINT PCS | OTHER | NA | NA | NA | .00 | .00 |
| TARGET | UNSECURED | NA | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 944.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | NA | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | NA | NA | NA | .00 | .00 |
| USA CREDIT | UNSECURED | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| WASHINGTON/PROVIDIAN | UNSECURED | NA | NA | NA | .00 | .00 |
| XPRESS CHECK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| BURLINGTON | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREAT AMERICAN FINAN | SECURED | NA | 700.00 | 700.00 | 672.93 | 40.83 |
| JP MORGAN CHASE BANK | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | NA | .00 | 94.00 | 94.00 | .00 |
| RENT A CENTER | OTHER | .00 | NA | NA | .00 | .00 |
| ANGELA COLOGNE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 12,000.00 | 6,077.17 | 1,038.16 |
| All Other Secured | 700.00 | 672.93 | 40.83 |
| **TOTAL SECURED:** | 12,700.00 | 6,750.10 | 1,078.99 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 94.00 | 94.00 | .00 |
| **TOTAL PRIORITY:** | 94.00 | 94.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 27,676.47 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,888.41 |
| Disbursements to Creditors | $ | 7,923.09 |
| **TOTAL DISBURSEMENTS:** | $ | 10,811.50 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/15/2010                                         /s/ Tom Vaughn
                                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**